

MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

10011 TELEPHONE: 212-433-2554

**April 23, 2026**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/24/2026

Honorable Valerie E. Caproni
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> *Re:*     **Alexander Gomez v. 35th Street Associates. L.P. et al**
> *Civil Action No.:*  **25-cv-10511-VEC**
> *Motion to Adjourn Conference and Extend Deadlines*

Dear Honorable Judge Caproni,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's December 29, 2025 Order [DE#7], the Parties are required to file the proposed Case Management Plan in advance of the initial status conference scheduled for May 1, 2026.

Paramount, the Defendants, have not yet appeared in this action, despite being served on January 6, 2026, as exhibited on the docket. Additionally, Plaintiff has sent Defendant copies of the pleading and letters advising that Plaintiff will be requesting a default if they do not file an answer or response by January 27, 2026.

For these reasons, Plaintiff requests a 40-day adjournment of the initial status conference and its associated deadlines.This extension should give the Defendants the necessary time to hire counsel and file their appearances and answers, and should not affect any other deadlines or events in this case. Thank you for your time in considering this request.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only

Application DENIED.  The initial pretrial conference scheduled for May 1, 2026, is ADJOURNED *sine die*.  The parties are reminded that, pursuant to the Court's December 29, 2025, Order, Dkt. 7, Defendant's deadline to respond to the Complaint is May 1, 2026 (not January 27, 2026, as this letter suggests).  If Defendant fails to answer or otherwise respond to the Complaint by that date, Plaintiff must move for default judgment, in a manner consistent with the Undersigned's Individual Practices in Civil Cases, not later than **Friday, May 15, 2026**.


SO ORDERED.

4/24/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE