UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALEXANDER GOMEZ,                                   :
                                                   :
                                   Plaintiff,      :
                      -against-                     :
                                                   :          25-CV-010511 (VEC)
                                                   :
35th STREET ASSOCIATES L.P., and TM 925            :          ORDER
LLC,                                               :
                                                   :
                                                   :
                                                   :
                                   Defendants.     :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 24, 2026, the Court ordered Plaintiff to move for default judgment in a manner consistent with the Undersigned's Individual Practices in Civil Cases not later than May 15, 2026, *see* Dkt. 11;

WHEREAS on May 15, 2026, the Clerk of Court, at Plaintiff's request, issued certificates of default as to Defendants 35th Street Associates. L.P. and TM 925 LLC, *see* Dkts. 16–17; and

WHEREAS as of today, May 18, 2026, Plaintiff has failed to move for default judgment in a manner consistent with the Default Judgment Procedure outlined in Attachment A of the Undersigned's Individual Practices in Civil Cases.

IT IS HEREBY ORDERED that, not later than **Wednesday, May 20, 2026**, Plaintiff must move for default judgment in a manner consistent with the Undersigned's Individual Practices and Local Civil Rule 55.2.  **This is Plaintiff's final opportunity to comply with the Default Judgment Procedure outlined in Attachment A of the Undersigned's Individual**

**Practices in Civil Cases.** Continued failure to comply with the Individual Practices is likely to result in this case being dismissed for failure to prosecute.

**SO ORDERED.**

**Date: May 18, 2026**
      **New York, New York**

                **VALERIE CAPRONI**
                **United States District Judge**